## MORRELL v. FLAHERTY

No. 203PA93

Case below: 109 N.C.App. 628

Petition by defendants for writ of supersedeas allowed 1 July 1993. Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 1 July 1993. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 1 July 1993.

## N.C. FARM BUREAU MUT. INS. CO. v. KNUDSEN

No. 112P93

Case below: 109 N.C.App. 114

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 1 July 1993. Motion by plaintiff to amend record denied 1 July 1993.

## ROBERTS v. N.C. DEPT. OF AGRICULTURE

No. 215P93

Case below: 109 N.C.App. 700

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 1 July 1993.

## SEALEY v. GRINE

No. 194P93

Case below: 109 N.C.App. 697

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 1 July 1993. Motion by plaintiff to amend record on appeal denied 1 July 1993.

## SMITH v. McCULLEN

No. 108P93

Case below: 108. N.C.App. 788

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 1 July 1993.